Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Julia Armendariz, Esq.
Nevada Bar No. 15865
julia@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HATTIE LEE DOUGLAS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a Foreign Corporation; SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation; DOES I through X; DOE Store Manager, and ROE Corporations I through X, inclusive<br><br>Defendants. | CASE NO.: 2:25-cv-02157-APG-MDC<br><br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

The parties hereby move this Honorable Court for an order extending the deadlines in this matter to allow for the parties to participate in an inspection of the property and complete the remaining discovery. The parties seek a four (4) week extension of the Court's deadlines. This is the first request.

## I.    INTRODUCTION AND GOOD CAUSE

This request constitutes the parties' First Request to extend discovery deadlines. Good cause exists because the parties seek to inspect the property prior to engaging in extensive expert discovery in this matter. Allowing a four (4) week extension to the Court's current deadlines will promote judicial economy and potentially prevent the parties from unnecessarily expending time, resources, and money on additional discovery in this case.

1

This is the parties' first request for an extension of deadlines to the Court's current scheduling order.

## II.    DISCOVERY COMPLETED TO DATE

- The Parties participated in a telephonic Rule 26(f) Conference
- Defendant Smith's Food & Drug Centers, Inc. and The Kroger Co. served its initial FRCP 26(a)(1) disclosures on December 30, 2025;
- Plaintiffs served their initial FRCP 26(a)(1) disclosures on December 15, 2025;
- Defendant Smith's Food & Drug Centers, Inc. and The Kroger Co. propounded its First Set of Interrogatories, Requests for Admissions and Requests for Production to Plaintiff on December 31, 2025;
- Plaintiff served their responses to Defendant Smith's Food & Drug Centers, Inc. and The Kroger Co.'s First set of propounded written discovery requests including Answers to Interrogatories, Answers to Admissions and Responses to Requests for Production on February 13, 2026;
- Plaintiff propounded its First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant Smith's Food & Drug Centers, Inc. and The Kroger Co. on January 22, 2026;
- Defendant Smith's Food & Drug Centers, Inc. and The Kroger Co. responses are due to Plaintiffs' first set of propounded written discovery including Answers to Requests for Admissions, Interrogatories and Requests for Production on March 13, 2026;

## III.    DISCOVERY REMAINING

- Rule 30(b)(6) deposition;
- Deposition of Plaintiff;
- Deposition of Shelly Gaines;
- Inspection of Location of Incident
- Depositions of Plaintiffs' treating expert witnesses;
- Depositions of the parties' retained expert witnesses;
- Depositions of additional fact witnesses;

- Exchange of parties' expert and rebuttal disclosures;

- Potential additional written discovery as this action proceeds; and

- Dispositive motion practice.

**IV.    REASONS DISCOVERY HAS NOT BEEN COMPLETED**

Since the inception of this case, the parties have worked together to move discovery forward. The parties timely served initial disclosures and written discovery. Defendant requested and received a one week extension on written discovery responses so their responses are currently due on March 13, 2026 and are needed before Plaintiff's expert can conduct an inspection of the store.  The parties have been diligently working towards scheduling a site inspection of the subject location. However, due to scheduling conflicts, the current dates for site inspections that work for all parties would fall only two days before the deadline for initial experts. This would put undue pressure on experts to complete their necessary reports before the expert disclosure deadline.  By continuing the schedule by four (4) weeks, it allows the parties to do just that.

**V.    PRIOR DISCOVERY DEADLINES AND TRIAL DATE**

According to the Court's prior Order, Stipulated Discovery Plan and Scheduling Order (First Request) [ECF No. 19], the existing deadlines are as follows:

| | |
|---|---|
| Amend Pleadings / Add Parties: | CLOSED |
| Initial Expert Disclosures: | April 2, 2026 |
| Rebuttal Expert Reports: | May 4, 2026 |
| Close of Discovery: | June 1, 2026 |
| Dispositive Motions: | July 1, 2026 |
| Joint Pretrial Order: | July 31, 2026 |

**VI.    PROPOSED DISCOVERY AND TRIAL SCHEDULE**

| | |
|---|---|
| Amend Pleadings / Add Parties: | CLOSED |
| Initial Expert Disclosures: | May 4, 2026 |
| Rebuttal Expert Reports: | June 3, 2026 |
| Close of Discovery: | July 1, 2026 |
| Dispositive Motions: | July 31, 2026 |

3

Joint Pretrial Order:                          August 31, 2026

If dispositive motions are filed, the deadline for the Joint Pretrial Order will be suspended until 30 days after decision on the motions or further order of the Court.

## VII.   LEGAL STANDARD

Under FRCP 16(b)(4), a schedule may be modified only for good cause and with the judge's consent. Good cause exists here, where the parties seek to engage fully in the discovery process and allow experts the opportunity to prepare reports that contribute substantively. Further, LR 26-4 requires the movant to specify (1) discovery completed, (2) discovery remaining, (3) reasons for delay, and (4) a proposed new schedule for completing all remaining discovery, all of which are satisfied herein.

Dated this 10th day of March, 2026          Dated this 10th day of March, 2026

**GINA CORENA & ASSOCIATES**                    **COOPER LEVENSON, PA**

/s/ Julia Armendariz                            /s/      Jerry Busby
**GINA M. CORENA, ESQ.**                         **JERRY S. BUSBY, ESQ.**
Nevada Bar No. 10330                            Nevada Bar No. 001107
**JULIA ARMENDARIZ, ESQ.**                       3016 West Charleston Blvd. #195
Nevada Bar No. 15865                            Las Vegas, NV 89102
300 S. Fourth Street, Suite 1400                *Attorneys for Defendants*
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

4

## ORDER

**IT IS HEREBY ORDERED** that based upon the foregoing stipulations and good cause appearing, the Parties' Stipulation to Extend Deadlines (First Request) is hereby GRANTED.

|  | **Previous Date** | **Proposed Date** |
|---|---|---|
| Amend Pleadings / Add Parties: | CLOSED | CLOSED |
| Initial Expert Disclosures: | April 2, 2026 | May 4, 2026 |
| Rebuttal Expert Reports: | May 4, 2026 | June 3, 2026 |
| Close of Discovery: | June 1, 2026 | July 1, 2026 |
| Dispositive Motions: | July 1, 2026 | July 31, 2026 |
| Joint Pretrial Order: | July 31, 2026 | August 31, 2026 |

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: March 11, 2026

Submitted by:

**Gina Corena & Associates**

/s/ Julia Armendariz
**GINA M. CORENA, ESQ.**
Nevada Bar No. 10330
**JULIA ARMENDARIZ, ESQ.**
Nevada Bar No. 15865
300 S. Fourth Street, Suite 1400
Las Vegas, NV 89101
*Attorneys for Plaintiff*

5